UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RODERICK GRIFFIN                                    CIVIL ACTION

VERSUS                                              NO. 06-6763

WALTER REED - DISTRICT ATTORNEY                     SECTION "R"(3)
ET AL.

## ORDER

The Court, having reviewed *de novo* the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that the plaintiff's false arrest and false imprisonment claims are DISMISSED WITH PREJUDICE to their being asserted again until the *Heck* conditions are met.

IT IS FURTHER ORDERED that plaintiff's claims against District Attorney Walter Reed are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) as frivolous, for failure to state a claim on which relief can be granted, and for seeking monetary damages against a defendant who is immune from such relief.

IT IS FURTHER ORDERED that plaintiff's claims challenging the state forfeiture proceedings are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) as barred by the *Rooker/Feldman* doctrine.

IT IS FURTHER ORDERED that plaintiff's access-to-courts claims are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) as frivolous and for failing to state a claim on which relief may be granted.

IT IS FURTHER ORDERED that plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 12th day of December, 2006.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE